IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA NEUROSCIENCE, INC., and YEDA RESEARCH AND DEVELOPMENT CO., LTD., <br><br>      Plaintiffs, <br>  v. <br><br>SYNTHON PHARMACEUTICALS INC., SYNTHON B.V., and SYNTHON S.R.O. BLANSKO, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No.  14-1419-GMS |

## STIPULATION AND PROPOSED ORDER

WHEREAS, the Complaint in this case (D.I. 1) was filed on November 18, 2014;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Teva Neuroscience, Inc., and Yeda Research and Development Co., Ltd. (collectively, "Teva") and Defendants Synthon Pharmaceuticals, Inc., Synthon B.V., and Synthon s.r.o. Blansko, (collectively, "Synthon") that:

1. Counsel for Synthon accepts service of the complaint on behalf of all of the Defendants;

2. Teva agrees and acknowledges that Synthon's acceptance of service through counsel does not constitute an admission by any Defendant that it is subject to personal jurisdiction in this Court, that venue is proper in this Court, that subject-matter jurisdiction exists in this Court or that the complaint states a claim upon which relief can be granted, and Teva further agrees and acknowledges that each Defendant maintains its right to respond in whole or in part pursuant to Federal Rule of Civil

Procedure 12(b) except on the grounds of insufficient process or insufficient service of process;

3. Subject to the approval of the Court, the time for Synthon to move, answer or otherwise respond to Teva's Complaint (D.I. 1) shall be extended up to and including January 23, 2015 to permit the defendants an opportunity to further consider the claims. Counsel for Teva does not oppose this extension.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Melanie K. Sharp* |
| John W. Shaw (No. 3362) | Melanie K. Sharp (No. 2501) |
| Karen E. Keller (No. 4489) | YOUNG CONAWAY STARGATT |
| SHAW KELLER LLP |   & TAYLOR LLP |
| 300 Delaware Avenue, Suite 1120 | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| (302) 298-0700 | Wilmington, DE 19801 |
| jshaw@shawkeller.com | P 302.571.6681 |
| kkeller@shawkeller.com | F 302.576.3333 |
| | msharp@ycst.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendants* |
| December 9, 2014 | |

SO ORDERED this _____ day of December, 2014.

_____
Judge Gregory M. Sleet
United States District Court Judge